# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW HARVEY, JR.

NO. 2019 KW 1303

DEC 0 6 2019

---

In Re:     Andrew Harvey, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 801,966.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Tangipahoa Parish reflects the district court denied relator's "Application for Writ of Mandamus" on October 23, 2019.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT